# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JONATHAN TAYLOR

NO. 2019 KW 0589

AUG 0 5 2019

---

In Re:   Jonathan Taylor, applying for supervisory writs, 19th
         Judicial District Court, Parish of East Baton Rouge,
         No. 01-04-0546.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

                              JMM
                              MRT
                              WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
         DEPUTY CLERK OF COURT
              FOR THE COURT